**FILED**



**1:57 pm, 4/2/24**

**Margaret Botkins**
**Clerk of Court**

UNITED STATES DISTRICT COURT
FOR THE
District of Wyoming

UNITED STATES OF AMERICA,
                    Plaintiff,

v.                                                      Case No.: 22-CR-00078-ABJ-1

Joseph Raymond Stone
                    Defendant,
_____/

<u>MOTION FOR MODIFICATION OR REDUCTION OF SENTENCE</u>

<u>PURSUANT TO 18 U.S.C. § 3582(c)(2)</u>

<u>(GUIDELINE AMENDMENT NO. 821)</u>

I hereby request a modification or reduction of my sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the United States Sentencing Guidelines. First, Amendment 821 decreases "Status Points" by one point for defendants with seven or more criminal history points and eliminated "Status Points" for defendants with six or fewer criminal history points. "Status Points" are those points that were applied under then United States Sentencing Guideline (U.S.S.G.) § 4A1.1(d) if the defendant committed his or her federal offense while on probation, parole, supervised release, imprisonment, work release, or escape status. Second, Amendment 821 provides for a decrease of two offense levels for "Zero-Point Offenders" (no criminal history points), whose offense did not involve specific aggravating factors. The change is retroactive as of November 1, 2023, and has an effective date of February 1, 2024. In support of this motion, I state as follows:

1. I am serving a current term of imprisonment at Federal Correctional Institution Milan, located in Milan, Michigan.

(1)

2. My presentence report:

  ✓
  - included "Status Points" in the calculation of my criminal history
    score under then - U.S.S.G. § 4A1.1(d).

  - scored me as having zero criminal history points.

3. I was sentenced in U.S. District of Wyoming on July 10, 2023
to a term of 95 months in prison.

4. My projected release date is January 18, 2029. I understand that the
Amendment does not authorize release of any defendant before February 1, 2024.

5. I hereby request a court-appointed attorney. I understand appointment of
counsel is discretionary with the Court. I request the Court to allow me to
proceed forma pauperis.

Signature of Petitioner: _Joe Stone_____  Date: March 28, 2024
Print or Type Name: Joseph Raymond Stone Reg. No. 09087-510
Current Address: FCI-Milan, P.O. Box 1000 Milan, MI 48160

Joseph Raymond Stone
NAME

09087-510
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480

29 MAR 2024 PM 17 L

U.S. District Court for Wyoming
Attn: Clerk for the Honorable Judge
        Alan B. Johnson
        2120 Capitol Ave.
        Cheyenne, WY 82001

82001-365831